## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

------------------------------------------------------------------

In Re:                                                              Chapter 7
                                                        Bky. Case No. 09-43840 RJK

     Raed S. Kakish,

          Debtor.

------------------------------------------------------------------

### AMENDED NOTICE OF CONTINUED HEARING
*(as to the date and time)*

TO:   DEBTOR ABOVE-NAMED, HIS ATTORNEY, AND OTHER PARTIES IN INTEREST
SPECIFIED IN LOCAL RULE 9013-3.

Please take notice that the hearing regarding Creditor Flagship Bank Minnesota's Motion for Order Directing Examination of Debtor has been continued as follows:

1.    The Court will hold a hearing, if such shall be necessary, on this motion on **September 23, 2009, at 9:30 am in Courtroom No. 8 West of the United States Courthouse**, **301 US Courthouse, 300 South Fourth Street, Minneapolis, MN 55415,** or as soon thereafter as counsel can be heard.

2.    Any response to this motion must be filed and delivered not later than **September 18, 2009,** which is three (3) days before the time set for the hearing (excluding Saturdays, Sundays, and holidays) or filed and served by mail not later than **September 14, 2009**, which is seven (7) days before the time set for the hearing (excluding Saturdays, Sundays, and holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

MADIGAN, DAHL & HARLAN, PA

Dated: <u>September 9, 2009</u>

<u>/e/ Jon R. Steckler</u>
Thomas P. Harlan (MN#210870)
Jon R. Steckler (MN#0322453)
222 South Ninth Street, #3150
Minneapolis, MN 55402
(612) 604-2000 Main
(612) 604-2599 Fax
*Attorneys for Creditor Flagship Bank Minnesota*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

------------------------------------------------------------------

In Re:                                                                    Chapter 7
                                                        Bky. Case No. 09-43840 RJK

     Raed S. Kakish,

          Debtor.

------------------------------------------------------------------

### CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2009, I caused the following documents:

    1.        Amended Notice of Continued Hearing; and
    2.        Certificate of Service

to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Dwight R.J. Lindquist                          Cass Weil, Esq. (weilc@moss-barnett.com)
1510 Rand Tower                                 Sarah E. Doerr (doerrsarah@moss-barnett.com,
527 Marquette Avenue                            montpetitm@moss-barnett.com
Lindquist2@earthlink.net                        4800 Wells Fargo Center
                                                90 South Seventh Street
                                                Minneapolis, MN 55402-4129


Recovery Management Systems Corp                U.S. Trustee
claims@recovercorp.com                          1015 U.S. Courthouse
                                                300 South Fourth Street
                                                Minneapolis, MN 55415
                                                Ustpregion12.mn.ecf@usdoj.gov


and have caused the Amended Notice of Continued Hearing to be delivered to Debtor via Certified Mail, Return Receipt Requested, by bringing true and correct copies of the same to the U.S. Post Office for delivery to the Debtor at the last known address of Debtor as follows:

Raed Samir Kakish
19135 Rutledge Road
Deephaven, MN 55391.

                                     **MADIGAN, DAHL & HARLAN, P.A.**


Date: September 9, 2009                         /e/ Jon R. Steckler
                                                Thomas P. Harlan (#210870)
                                                Jon R. Steckler (MN#0322453)
                                                Campbell Mithun Tower
                                                222 South Ninth Street, Suite 3150
                                                Minneapolis, MN  55402
                                                (612) 604-2000 Main
                                                (612) 604-2599 Fax
                                                *Attorneys for Creditor Flagship Bank*
                                                *Minnesota*