UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Raed S. Kakish,

        Debtor.

<u>ORDER FOR RULE 2004</u>
<u>EXAMINATION</u>

BKY 09-43840

At Minneapolis, Minnesota, September 23, 2009

      This case is before the court on the motion of Flagship Bank Minnesota, a Minnesota banking corporation, to allow it to conduct an examination pursuant to Federal Rule of Bankruptcy Procedure 2004. There were no objections to the motion.

      Based on the file and records,

      IT IS ORDERED: Flagship Bank Minnesota may examine Raed S. Kakish pursuant to Federal Rule of Bankruptcy Procedure 2004.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/23/2009*
Lori Vosejpka, Clerk, by LMH